# UNITED STATES DISTRICT COURT
# DISTRICT OF IDAHO
# U.S. MAGISTRATE JUDGE MINUTE ENTRY

☒ Initial Appearance and Arraignment
☒ Government's Motion for Detention CONTINUED
☒ Detention Hearing:  Friday, December 29 at 10:00 a.m.

| | |
|---|---|
| MAGISTRATE JUDGE: Raymond E. Patricco, Jr. | DATE: December 21, 2023 |
| DEPUTY CLERK/ESR: Jackie Hildebrand | TIME: 2:00 pm- 2:09 pm |
| Recorded in Courtroom 7 | Boise, ID |

<u>UNITED STATES OF AMERICA vs.  JERALD W. CALBALLERO</u>
1:23-cr-00325-AKB-1

Counsel for:   United States (AUSA): David Morse
Defendant: Heidi Johnson, Federal Defender
USPO: Gavin Zickefoose

☒ Defendant sworn in
☒ Waived personal appearance.
☒ Financial Affidavit reviewed/qualified and Court appointed the Federal Defender to represent the defendant.
☒ Defendant appears on a Warrant/Indictment. Defendant has read the Indictment
☒ Court reviewed the record.
☒ The maximum penalties that could be imposed on this offense should you be convicted are:
  15 years of imprisonment;
  to be followed by 3 years of supervised release;
  a $ 250,000 fine; and
  a special assessment of $ 100
☒ Constitutional Rights to Jury Trial and Counsel advised.

☒ Indictment    ☐ Information    ☐ Complaint
  ☒ Copy furnished to defendant/understand the charges and maximum penalties
  ☐ Read by Clerk    ☒ Waived reading    ☐ Read by Interpreter

PLEA: **NOT GUILTY** entered by the defendant and denial of the forfeiture allegation.

☒ Counsel made elections to the Procedural Order. Search warrants were not issued.

☒ Notice given re *Due Process Protections Act* to defendant and counsel.

The Jury Trial is set for Monday, February 5, 2024 at 1:30 p.m. in Boise, Idaho before District Judge Amanda K. Brailsford.  A telephonic pre-trial readiness conference is set for Thursday, January 25, 2024 at 4:00 p.m. before Judge Brailsford. Counsel for the Government is directed to initiate the call.

☒Defendant requested a continuance on the Detention Hearing.  The Court entered a Temporary Order of Detention.  The Detention Hearing set for Friday, December 29, 2023 at 10 a.m. (Mountain Time) before Judge Raymond E. Patricco.

☒Defendant remanded to the custody of the U.S. Marshal.