# UNITED STATES MAGISTRATE COURT
# DISTRICT OF IDAHO
# U.S. MAGISTRATE JUDGE MINUTE ENTRY

☒Detention Hearing
☒Government's Motion for Detention: GRANTED

| | |
|---|---|
| **MAGISTRATE JUDGE: Raymond E. Patricco** | DATE: December 29, 2023 |
| DEPUTY CLERK/ESR: Jackie Hildebrand | TIME: 10:00 -10:31 am |
| Recorded in Courtroom 7 | Boise, IDAHO |

## UNITED STATES OF AMERICA vs. JERALD W. CABALLERO
## 1:23-cr-00325-AKB-1

Counsel for: United States (AUSA): David Morse
　　　　　　Defendant: Heidi Johnson, Federal Defender
　　　　　　USPO: Benjamin Biddulph

☒Court reviewed the record.
☒Constitutional rights to hearings and counsel advised.
☒Government proceeded by proffer.
☒Defense counsel proceeded by proffer.
☒Counsel provided argument.

☒Court reviewed proposed conditions of release.

☒ **ORDER:** Court stated findings of fact and conclusions of law and ordered detained pending further proceedings.

☒ Order of Detention entered by the Court.

☒ Defendant remanded to the custody of the U.S. Marshal.